# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| INOMKHON ISMOIL UGLI ISMATOV, | : | Civil Action No: 1:26-cv-01315 |
| Plaintiff, | : | |
| -against- | : | **STIPULATION OF** |
| | : | **DISCONTINUANCE** |
| JORGE GARAVITO VERGARA, JASPER, INC., | : | |
| FEDERAL EXPRESS CORPORATION, | : | |
| Defendants. | : | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-entitled action(s), that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action, and the same is hereby discontinued with prejudice, and without costs or disbursements to any party, and that this Stipulation may be filed without further notice with the Clerk of the Court.

**IT IS FURTHER STIPULATED, CONSENTED AND AGREED** that this Stipulation may be signed in counterparts, and that facsimile signatures may be deemed as original for the purpose of this Stipulation.

Dated: New York, New York
June 25, 2026

LAW OFFICES OF EARLE F. WEPRIN
*Attorneys for Plaintiff*
INOMKHON ISMOIL UGLI ISMATOV

CALLAHAN & FUSCO, LLC
*Attorneys for Defendants*
JORGE GARAVITO VERGARA,
JASPER, INC., and FEDERAL EXPRESS
CORPORATION

By: _____
EARL F. WEPRIN, ESQ.
26 COURT STREET, SUITE 2511
BROOKLYN, NY 11242
(718) 643-6748

By: _____
JOHN M. ANELLO, ESQ.
115 BROADWAY, 5TH FLOOR
NEW YORK, NY 10006
(877) 618-9770

**So Ordered.**

s/Nicholas G. Garaufis, USDJ
**Hon. Nicholas G. Garaufis**
**Date: 6/30/26**